NOTE:  This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

_____

**MYLAN PHARMACEUTICALS INC.,**
*Appellant*

**v.**

**BAUSCH HEALTH IRELAND LTD.,**
*Appellee*

_____

2024-1011

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2022-00722, IPR2023-00016.

--------------------------------------------------

**MSN LABORATORIES PRIVATE LTD., MSN PHARMACEUTICALS, INC.,**
*Appellants*

**v.**

**BAUSCH HEALTH IRELAND LTD.,**
*Appellee*

_____

2024-1053

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2022-00722, IPR2023-00016.

2                                       MYLAN PHARMACEUTICALS INC. v.
                                          BAUSCH HEALTH IRELAND LTD.

---

## ON STIPULATION

---

PER CURIAM.

## O R D E R

Mylan Pharmaceuticals Inc. and Bausch Health Ireland Ltd stipulate to voluntary dismissal of Appeal No. 24-1011.

The parties, having so agreed,

IT IS ORDERED THAT:

(1) Appeal No. 24-1011 is dismissed under Fed. R. App. P. 42(b), with each side to bear their own costs.

(2) The official captions as modified, are reflected in this order.

FOR THE COURT

May 19, 2025
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE (as to Appeal No. 24-1011 only)**: May 19, 2025.